IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-02900-JLK**

**CONTINENTAL MATERIALS CORPORATION,**

    Plaintiff,

v.

**AFFILIATED FM INSURANCE COMPANY,**

    Defendant.

___

## MINUTE ORDER
___

Judge John L. Kane **ORDERS**

    The Stipulated Motion to Amend Complaint (doc. #16), filed June 24, 2011, is GRANTED. The First Amended Complaint (doc. #16-1) is accepted as filed.

___

Dated: June 27, 2011