IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02900-JLK-KLM

CONTINENTAL MATERIALS CORPORATION,

    Plaintiff,

v.

AFFILIATED FM INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Stipulated Scheduling and Discovery Order** [Docket No. 26; Filed August 31, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Stipulated Scheduling and Discovery Order entered on March 11, 2011 [Docket No. 14] and amended on July 12, 2011 [Docket No. 23] is further modified to reflect the following new deadlines:

| | |
|---|---|
| Deadline for Plaintiff's disclosure of affirmative expert witnesses: | **September 22, 2011** |
| Deadline for Defendant's disclosure of expert witnesses: | **October 27, 2011** |
| Deadline for Plaintiff's disclosure of rebuttal expert witnesses: | **November 14, 2011** |
| Deadline for completion of discovery: | **December 15, 2011** |
| Deadline for filing dispositive motions: | **January 17, 2012** |

    Dated:  September 9, 2011