IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02900-JLK-KLM

CONTINENTAL MATERIALS CORPORATION,

   Plaintiff,

v.

AFFILIATED FM INSURANCE COMPANY,

   Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Plaintiff's **Unopposed Second Motion for Extension of Time to Serve Responses and Objections to Interrogatories** [Docket No. 32; Filed September 22, 2011] ("Motion for Extension of Time") and Plaintiff's **Unopposed Motion to Modify Stipulated Scheduling and Discovery Order** [Docket No. 33; Filed September 22, 2011] (the "Motion to Modify").

   IT IS HEREBY **ORDERED** that the Motion for Extension of Time is **GRANTED.**

   IT IS FURTHER **ORDERED** that Plaintiff shall serve responses and objections to Defendant's First Set of Interrogatories no later than **October 3, 2011**.

   IT IS FURTHER **ORDERED** that the Motion to Modify is **GRANTED**.

   IT IS FURTHER **ORDERED** that the Stipulated Scheduling and Discovery Order entered on March 11, 2011 [Docket No. 14], as amended on July 12, 2011 [Docket No. 23] and September 13, 2011 [Docket No. 31], is further modified to reflect the following new deadlines:

Deadline for Plaintiff's disclosure of affirmative expert witnesses:   **September 26, 2011**
Deadline for Defendant's disclosure of expert witnesses:   **October 31, 2011**

   Dated:  September 26, 2011