IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02900-JLK-KLM

CONTINENTAL MATERIALS CORPORATION,

    Plaintiff,

v.

AFFILIATED FM INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion to Modify Stipulated Scheduling and Discovery Order** [Docket No. 36; Filed October 24, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on March 11, 2011 [#14], as amended on July 12, 2011 [#23], September 9, 2011 [#28], and September 26, 2011[#35], is further modified to extend the following deadlines:

- Deadline for Completion of Fact Discovery — **January 15, 2012**
- Defendant's Expert Disclosure Deadline — **February 20, 2012**
- Plaintiff's Rebuttal Expert Disclosure Deadline — **March 13, 2012**
- Deadline for Completion of Expert Discovery — **April 1, 2012**
- Dispositive Motions Deadline — **April 17, 2012**

In addition, pursuant to the Order of Reference to Magistrate Judge [#12],

IT IS FURTHER **ORDERED** that a Final Pretrial Conference is **SET** for **June 18, 2012** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **June 13, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Dated: October 25, 2011