IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02900-JLK-KLM

CONTINENTAL MATERIALS CORPORATION,

   Plaintiff,

v.

AFFILIATED FM INSURANCE COMPANY,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant's **Unopposed Motion to Modify Stipulated Scheduling and Discovery Order** [Docket No. 39; Filed January 4, 2012] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

   IT IS FURTHER **ORDERED** that the Stipulated Scheduling and Discovery Order entered on March 11, 2011 [#14], as amended on July 12, 2011 [#23], September 13, 2011 [#31], and October 25, 2011 [#38], is further modified to reflect the following new deadline:

   Deadline for completion of fact discovery:         **March 15, 2012**


   Dated:  January 5, 2012