IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02900-JLK-KLM

CONTINENTAL MATERIALS CORPORATION,

    Plaintiff,

v.

AFFILIATED FM INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion to Modify Deadlines Set Forth in the Stipulated Scheduling and Discovery Order** [Docket No. 42; Filed January 19, 2012] (the "Motion"). Defendant represents that the Motion is opposed by Plaintiff's counsel.[1]

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Stipulated Scheduling and Discovery Order entered on March 11, 2011 [#14], as amended on July 12, 2011 [#23], September 13, 2011 [#31], October 25, 2011 [#38], and January 5, 2012 [#41] is further modified to reflect the following new deadlines:

| | |
|---|---|
| • Defendant's Expert Disclosure Deadline | **May 14, 2012** |
| • Deadline for Completion of Fact Discovery | **May 31, 2012** |
| • Plaintiff's Rebuttal Expert Disclosure Deadline | **June 5, 2012** |
| • Deadline for Completion of Expert Discovery | **June 22, 2012** |
| • Dispositive Motions Deadline | **July 6, 2012** |

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for June 18, 2012 at 10:00 a.m. is **VACATED** and **RESET** to **September 12, 2012 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

---

[1] A judicial officer may rule on a motion at any time after it is filed. See D.C.COLO.LCivR 7.1C.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **September 7, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers @cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.  Instructions for downloading in richtext format are posted in the forms section of the website.**

Dated:  January 22, 2012