IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02900-JLK-KLM

CONTINENTAL MATERIALS CORPORATION,

　　　　Plaintiff,

v.

AFFILIATED FM INSURANCE COMPANY,

　　　　Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　　This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Stipulated Scheduling and Discovery Order** [Docket No. 71; Filed June 6, 2012] (the "Motion"). The parties seek a one-week extension for expert depositions.

　　　　IT IS HEREBY **ORDERED** that the Motion [#71] is **GRANTED**. The Stipulated Scheduling and Discovery Order entered on March 11, 2011 [#14], as amended on July 12, 2011 [#23], September 13, 2011 [#31], October 25, 2011 [#38], January 5, 2012 [#41], and January 22, 2012 [#44] is further modified to reflect the following new deadline:

- Deadline for Completion of Expert Discovery　　　　**June 29, 2012**

The deadline is extended for the sole purpose of permitting the parties to complete expert depositions.

　　　　Dated:  June 7, 2012