IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02900-JLK-KLM

CONTINENTAL MATERIALS CORPORATION,

    Plaintiff,

v.

AFFILIATED FM INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate August 16, 2012 Settlement Conference and Set Mediation** [Docket No. 95; Filed August 8, 2012] (the "Motion"). The parties have scheduled a mediation in this matter for August 30, 2012 with the Judicial Arbiter Group in Denver, Colorado. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#95] is **GRANTED**. The Settlement Conference set for August 16, 2012 at 1:30 p.m. is **VACATED**.

    Dated: August 9, 2012