IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **10-cv-02900-JLK-KLM**

**CONTINENTAL MATERIALS CORPORATION,**

    Plaintiff,

v.

**AFFILIATED FM INSURANCE COMPANY,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**Kane, J.**

This matter is before the Court on the parties' **Stipulated Motion for Dismissal with Prejudice** [Docket No. 118; Filed December 19, 2012]. The Motion is **GRANTED**. It is

**ORDERED** that Plaintiff's Complaint together with any and all claims and causes of action asserted in this matter or that could have been asserted in this matter are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

Dated: December 19, 2012

BY THE COURT:

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE